**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carol Riggs, ) | No. CV 07-1855-PHX-FJM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Bank of America, N.A., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff has called chambers, left messages on voice mail, and spoken to staff. Plaintiff is advised that all communications to the court should be through counsel, and cannot be *ex parte*. Counsel for plaintiff is advised to discuss this with his client.

While not entirely clear, some of the communications refer to grievances with the process, representation, allegations against a private mediator, and the behavior of the defendant. Counsel should advise his client about the matters raised and the potential avenues of relief available to plaintiff.

DATED this 4th day of May, 2010.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge